IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                    Case No. 4:11CR00276 SWW

BARBARA SOTO

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate H. David Young. There are no timely objections. The Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Defendant's motion to suppress [docket entry 22] is denied.

IT IS SO ORDERED this 23rd day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE